**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DAVID WOULARD, ATTACK THE SOUND LLC, an Illinois limited liability company, STAN BURJEK, JAMES BURJEK, BERK ERGOZ, HAMZA JILANI, MAATKARA WILSON, ARJUN SINGH, MAGNUS FIENNES, and MICHAEL MELL, each individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> UNCHARTED LABS, INC., d/b/a Udio.com. and UNKNOWN DEFENDANTS, <br><br> Defendants. | Case No. 1:25-cv-12613 <br> Honorable Sara L. Ellis |

**Plaintiffs' Motion to Correct Case Caption
And Direct the Clerk to Correct the Docket**

Plaintiffs, through their attorneys Loevy & Loevy, respectfully ask this Court to correct a typographical error in the case caption and the opening paragraph of the Complaint. In support, Plaintiffs state:

1. The filed complaint's caption and introductory paragraph refer to "Unchartered Labs." The body of the pleading correctly identifies the defendant as "Uncharted Labs, Inc." and provides corporate/venue details (see Complaint ¶41), but the caption and introductory paragraph inadvertently use "Unchartered." This is a non-substantive misnomer. *See* Fed. R. Civ. P. 10(a) (caption) and 60(a) (clerical mistakes in "other part of the record").

2. No party is prejudiced. On October 17, 2025 (submitted), and October 20, 2025 (issued), the Summons was submitted and issued for Uncharted Labs, Inc., d/b/a or Udio.com, reflecting the correct legal name. (*See* ECF Nos. 4 and 5). This motion therefore seeks only to conform the case caption and docket styling to the already correct summons and the defendant's correctly named reference in ¶41 of the complaint. Service will proceed, and any return will be filed, using the correct summons, thereby eliminating potential process objections under Rule 12(b)(4)–(5).

3. This motion aims only to correct the caption to reflect the correct name; it does not add or remove any parties, change any claims, or impact the substance of the pleadings. Correcting the caption will improve clarity in the record and ensure that all orders and filings properly identify the parties.

4. Courts, including this Court, regularly correct clerical or typographical errors in captions under Rule 60(a). Rule 10(a) requires the caption to identify the parties, and a misnomer in the caption that is otherwise clear in the body of the document is a non-substantive, curable defect. Plaintiffs attach, as Exhibit A to this Motion, a corrected Complaint caption that aligns with paragraph 41 of the complaint and the issued summons.

WHEREFORE, Plaintiffs respectfully request that the Court:

A. Grant this Motion;

B. Amend the case caption to show the correct Defendant name, and instruct the Clerk to update the CM/ECF docket and party record accordingly.

C. Clarify that references to "Unchartered" in the caption and introductory paragraph of ECF No. 1 are typographical errors and should be read as "Uncharted."

Dated: October 20, 2025

Respectfully submitted,

LOEVY & LOEVY

/s/ Ross Kimbarovsky
_____

Ross Kimbarovsky (6229590)
ross@loevy.com
Jon Loevy (6218524)
jon@loevy.com
Michael Kanovitz (6275233)
mike@loevy.com
Matthew Topic (6290923)
matt@loevy.com
Aaron Tucek (98624)
aaron@loevy.com
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312.243.5900 (phone)
312.243.5902 (fax)

*Attorneys for Plaintiffs David Woulard, Attack the Sound LLC, Stan Burjek, James Burjek, Berk Ergoz, Hamza Jilani, Maatkara Wilson, Arjun Singh, Magnus Fiennes, and Michael Mell.*

3