**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: David Woulard, et al. v. Uncharted Labs, Inc., et al.

Case Number: 25-cv-12613

An appearance is hereby filed by the undersigned as attorney for:

Defendant Uncharted Labs, Inc.

Attorney name (type or print): Andrew H. Schapiro

Firm: Quinn Emanuel Urquhart & Sullivan, LLP

Street address: 191 N. Wacker Drive

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6209041
(See item 3 in instructions)

Telephone Number: 312-705-7403

Email Address: andrewschapiro@quinnemanuel.com

Are you acting as lead counsel in this case? ☑Yes ☐No

Are you a member of the court's general bar? ☑Yes ☐No

Are you a member of the court's trial bar? ☑Yes ☐No

Are you appearing *pro hac vice*? ☐Yes ☑No

If this case reaches trial, will you act as the trial attorney? ☑Yes ☐No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 11/4/2025

Attorney signature: S/ Andrew H. Schapiro
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023