**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: David Woulard, et al. v.
Uncharted Labs, Inc., et al.

Case Number: 25-cv-12613

An appearance is hereby filed by the undersigned as attorney for:

Defendant Uncharted Labs, Inc.

Attorney name (type or print): Bevin M. Brennan

Firm: Quinn Emanuel Urquhart & Sullivan, LLP

Street address: 191 N. Wacker Drive

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6271982
(See item 3 in instructions)

Telephone Number: 312-705-7459

Email Address: bevinbrennan@quinnemanuel.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☑ No |
| Are you a member of the court's general bar? | ☑ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☑ Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on  11/4/2025

Attorney signature:      S/ Bevin M. Brennan
_____
(Use electronic signature if the appearance form is filed electronically.)

Revised  07/19/2023