# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

| | |
|---|---|
| David Woulard, et al.<br>                  Plaintiff,<br>v.<br>Unchartered Labs, Inc., et al.<br>                  Defendant. | Case No.: 1:25–cv–12613<br>Honorable Sara L. Ellis |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 5, 2025:

      MINUTE entry before the Honorable Sara L. Ellis: The Court grants Plaintiffs' motion to correct the case caption [7]. The Court directs the Clerk to correct the case caption to reflect Defendant as Uncharted Labs, Inc. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.