**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

David Woulard, et al.
                              Plaintiff,

v.                                                         Case No.: 1:25−cv−12613
                                                          Honorable Sara L. Ellis

Uncharted Labs, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 11, 2025:

      MINUTE entry before the Honorable Sara L. Ellis: The Court grants Defendant's motion for extension of time to answer or otherwise plead [9]. Defendant's responsive pleading is due by 12/18/2025. The parties should include a proposed briefing schedule if any Defendant intends to file a motion to dismiss as well as the parties' positions on whether discovery should proceed pending ruling on any such motion. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.