**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

David Woulard, et al.
                              Plaintiff,

v.                                                       Case No.: 1:25−cv−12613
                                                             Honorable Sara L. Ellis

Uncharted Labs, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 15, 2026:

      MINUTE entry before the Honorable Sara L. Ellis: The Court grants Defendant's motion for extension of time to answer or otherwise plead [24]. Defendant's responsive pleading is due by 2/6/2026. The Court strikes the status date set for 5/12/2026 and resets it to 2/11/2026 at 9:30 AM. The parties should file a revised joint initial status report by 2/4/2026 and include a proposed briefing schedule if Defendant is responding by way of a motion to dismiss as well as the parties' respective positions on staying discovery pending ruling on any motion to dismiss. Emailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.