**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

DAVID WOULARD, ATTACK THE
SOUND LLC, an Illinois limited liability
company, STAN BURJEK, JAMES
BURJEK, BERK ERGOZ, HAMZA JILANI,
MAATKARA WILSON, ARJUN SINGH,
MAGNUS FIENNES, and MICHAEL
MELL, each individually and on behalf of all
others similarly situated,

        Plaintiffs,

v.

UNCHARTED LABS, INC. d/b/a Udio.com
and UNKNOWN DEFENDANTS,

        Defendants.

Case No.: 25-cv-12613

District Judge Sara Ellis

Magistrate Judge Jeannice Appenteng

**AGREED MOTION FOR DEFENDANT UNCHARTED LABS,
INC. TO OBTAIN LEAVE TO FILE BRIEF IN SUPPORT OF ITS
MOTION TO DISMISS THE FIRST AMENDED COMPLAINT, OR
FOR ALTERNATIVE RELIEF, IN EXCESS OF FIFTEEN PAGES**

Defendant Uncharted Labs, Inc. ("Udio"), by and through its attorneys, respectfully moves

this Court for leave to file Defendant Uncharted Labs, Inc.'s Memorandum in Support of Its

Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2), or in the

Alternative, to Dismiss or Stay Pursuant to the First-Filed Doctrine, or in the Alternative, to

Transfer Venue Pursuant to 28 U.S.C. § 1404(a) in excess of the page limit in Rule 7.1 of the Local

Rules for the Northern District of Illinois, namely to file a supporting brief of 24 pages.  In support

of this motion, Defendant states as follows:

1.     Plaintiffs filed a First Amended Complaint ("FAC") on January 8, 2026.  (Dkt. No. 23.)

The deadline for Udio to file Respond to the FAC is February 6, 2026.  (Dkt. No. 26.)

1

2.      Udio is moving to dismiss the claims for lack of personal jurisdiction, or, in the alternative, to dismiss or stay the claims pursuant to the first-filed doctrine or, in the alternative, to transfer venue pursuant to 28 U.S.C. § 1404(a).

3.      Local Rule 7.1 authorizes this Court to grant leave to file memoranda in excess of the 15-page limit set forth in the Rule.

4.      Plaintiffs' FAC added 64 subparagraphs to its allegations regarding personal jurisdiction.  (FAC ¶ 45.)  In order to address sufficiently these allegations, Udio respectfully submits that it needs extra pages.  For these reasons, Udio respectfully requests additional pages.

5.      In the joint status report filed on February 4, 2026, the parties agreed to allow up to 25 pages for Udio's opening motion to dismiss and for Plaintiffs' response.  (Dkt. No. 27 § 5(B).)

6.      On February 6, 2026, Udio's counsel re-confirmed with Plaintiffs' counsel that they agree to this request.

7.      Udio is filing its 24-page supporting brief simultaneously with this request.

WHEREFORE, for the foregoing reasons, Defendant Uncharted Labs, Inc. ("Udio"), respectfully requests that the Court grant it leave to file its Memorandum in Support of Its Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(B)(2), or in the Alternative, to Dismiss or Stay Pursuant to the First-Filed Doctrine, or in the Alternative, to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) of 24 pages, in excess of the page limit stated in Rule 7.1 of the Local Rules for the Northern District of Illinois, and all other just relief.


Dated:  February 6, 2026                    Respectfully submitted,
                                            UNCHARTED LABS, INC.,


                                            /s/ *Andrew H. Schapiro*
                                            Andrew H. Schapiro
                                            Bevin Brennan


2

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Dr., Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
andrewschapiro@quinnemanuel.com
bevinbrennan@quinnemanuel.com
*Attorneys for Defendant Uncharted Labs, Inc.*

3

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on February 6, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF System, which shall send notification of such filing to all counsel of record.

/s/ *Andrew H. Schapiro*
Andrew H. Schapiro