**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

DAVID WOULARD, ATTACK THE
SOUND LLC, an Illinois limited liability
company, STAN BURJEK, JAMES
BURJEK, BERK ERGOZ, HAMZA JILANI,
MAATKARA WILSON, ARJUN SINGH,
MAGNUS FIENNES, and MICHAEL
MELL, each individually and on behalf of all
others similarly situated,

     Plaintiffs,

v.

UNCHARTED LABS, INC. d/b/a Udio.com
and UNKNOWN DEFENDANTS,

     Defendants.

Case No.: 25-cv-12613

District Judge Sara Ellis

Magistrate Judge Jeannice Appenteng

---

**DEFENDANT UNCHARTED LABS, INC.'S MOTION TO DISMISS FIRST
AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION
PURSUANT TO FED. R. CIV. P. 12(b)(2),
OR IN THE ALTERNATIVE, TO DISMISS OR STAY PURSUANT TO THE
FIRST-FILED DOCTRINE, OR IN THE ALTERNATIVE, TO TRANSFER
VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

Defendant Uncharted Labs, Inc. d/b/a Udio ("Udio") respectfully moves (i) to dismiss

Plaintiffs' First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(2) for lack

of personal jurisdiction, or (ii) in the alternative, to stay this action or transfer it to the Southern

District of New York pursuant to the first-to-file doctrine, or (iii) in the alternative, to transfer venue

pursuant to 28 U.S.C. § 1404(a) to the Southern District of New York.  In support, Udio submits

the accompanying memorandum of law and states as follows:

   (1)  This Court lacks personal jurisdiction over Udio, a Delaware corporation with its

main operations in New York, and no employees or operations in Illinois; the case should therefore

be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(2);

(2)     In the alternative, the case should be dismissed or stayed pursuant to the first-to-file doctrine based on preexisting litigation, *Justice v. Udio*, No. 1-25-cv-5026 (S.D.N.Y.) ("*Justice*"), involving substantially duplicative claims and parties; and

(3)     In the alternative, this case should be transferred to the Southern District of New York pursuant to 28 U.S.C. § 1404(a), as that is, *inter alia*, convenient for the key witnesses and evidence and the location of an overlapping case based on substantially similar allegations.

For all of these reasons, those provided in the accompanying Memorandum in Support, and any further submissions and argument to the Court, Defendant Udio respectfully requests that the Court issue an order:

(1) Dismissing the First Amended Complaint in its entirety for lack of personal jurisdiction over Udio  pursuant to Federal Rule of Civil Procedure 12(b)(2);

(2) In the alternative, dismissing this lawsuit based on the first-to-file doctrine and the previously filed *Justice* litigation;

(3) In the alternative, staying this lawsuit based on the first-to-file doctrine for the pendency of the previously filed *Justice* litigation;

(4) In the alternative, transferring this lawsuit to the Southern District of New York pursuant to 28 U.S.C. § 1404(a); and

(5) Granting all other just relief.

Dated:  February 6, 2026

Respectfully submitted,
UNCHARTED LABS, INC.,


/s/ Andrew H. Schapiro
Andrew H. Schapiro
Bevin Brennan
QUINN EMANUEL URQUHART &
SULLIVAN,  LLP
191 N. Wacker Dr., Suite 2700
Chicago, Illinois 60606
Telephone:  (312) 705-7400
andrewschapiro@quinnemanuel.com
bevinbrennan@quinnemanuel.com
*Attorneys for Defendant Uncharted Labs, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on February 6, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF System, which shall send notification of such filing to all counsel of record.

<u>/s/ *Andrew H. Schapiro*</u>
Andrew H. Schapiro