## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

David Woulard, et al.

                       Plaintiff,

v.

                                          Case No.: 1:25−cv−12613

                                          Honorable Sara L. Ellis

Uncharted Labs, Inc., et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 4, 2026:

      MINUTE entry before the Honorable Sara L. Ellis: The Court grants in part and denies in part Defendant Uncharted Labs, Inc.'s motion to dismiss the first amended complaint or in the alternative to transfer venue [30]. The Court grants Defendant's motion to transfer venue and orders the Clerk to transfer this case to the Southern District of New York. The Court denies Defendant's motion to dismiss without prejudice to refiling in the Southern District of New York. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.